UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL N. CHESTERMAN,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 14-5015 BJR-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 24] recommending that this case be remanded, based on the stipulation of the parties [ECF 22].  It is therefore ORDERED

    (1)  The Court ADOPTS the Report and Recommendation;

    (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

    (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 1st day of July, 2014.

                              _____
                              Barbara J. Rothstein
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1